MN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

I n re: Jack D. Davis

Case No.  98-60320

Chapter

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, DOUGLAS SOUDER, VP , applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 9,979.8 , said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor COMERICA BANK
The applicant further states that:

1.  (Indicate one of the following)

_____  Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

  X____  Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

_____  Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this _I6 +h_ day of _June_ 20 _08_

COMERICA BANK
Name of creditor

_____
Signature of Applicant

DOUGLAS SOUDER, VP
Name and Title of Applicant

COMERICA BANK
Company Name

P O BOX 75000
Street Address

DETROIT, MI 48275-7528
City and State

734 632 5379
Telephone number

38 0477375
Tax Identification

XXX-XX-
Social Security Number

_____
Claim Number

# UNITED STATE BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

I n re: Jack D. Davis

Case No.  98-60320

Chapter

## AFFIDAVIT OF CLAIMANT

I, DOUGLAS SOUDER, VP  COMERICA BANK_____, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address:  COMERICA BANK Attn: Douglas Souder

P O BOX 75000

DETROIT, MI 48275-7528

Phone number:  734 632 5379

Social security number **XXX-XX-**

If claimant is a corporation, the federal tax ID number  38 0477375

    1.    Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: _6 - 16 - 08_

_____
Signature of Claimant

Sworn to and Subscribed before me this
_16_ day of _June_ 20 _08_

_____
NOTARY PUBLIC AT LARGE
STATE OF _Michigan_

VALERIE K SABOL
Notary Public - Michigan
Wayne County
My Commission Expires Oct 9, 2011
Acting in the County of _Wayne_

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

I n re: Jack D. Davis

Case No. <u>98-60320</u>

Chapter

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

<u>Comerica Bank Attn: Douglas Souder</u>, the sum of

<u>Nine Thousand Nine Hundred and Seventy Nine dollars 80 cents</u> dollars ($9,979.80 ), of unclaimed funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Jack D. Davis

Case No. 98-60320

Chapter

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on the _16 th_ day of _June_ ,

20_08_, a copy of the Application for Payment From Unclaimed Funds by _____

_____ Comerica Bank _____ was served on the

United States Attorney for the Eastern District of Michigan at the following address:

U.S. Attorney for the Eastern District of Michigan
Attn.: Michael Wicks, Civil Division-Financial Litigation
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated: _6 - 16 - 08_                    By: _____